UNITED STATES DISTRICT COURT

DISTRICT OF MASSACHUSETTS

**ANGEL ANTONIO DE LOS
REYES GONZELEZ**

V.                                                        CIVIL ACTION NO. **25-12420-DJC**

**JOSEPH MCDONALD, ET AL**

## ORDER OF DISMISSAL

CASPER, D.J.

In accordance with the ECF Order dated September 15, 2025, D. 11, the Court DENIES the Petition, D. 1, without prejudice and the above-entitled action be and hereby is DISMISSED.

September 17, 2025                              /s/ Lisa M. Hourihan
                                                            Deputy Clerk